Lucille F. DUNCAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67621.

Missouri Court of Appeals,
Western District.

Dec. 26, 2007.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Irene C. Karns, Columbia, MO, for appellant.

Before HOWARD, C.J., and SPINDEN and HOLLIGER, JJ.

**Order**

PER CURIAM.

Lucille Duncan appeals the denial of her Rule 29.15 Motion for ineffective assistance of counsel. Duncan argues that because her trial attorney failed to call two witnesses, she did not receive adequate representation. The judgment of the motion court is affirmed. Duncan's trial attorney acted as a reasonably competent lawyer in deciding not to call either witness.

Rule 84.16(b).

Marlon E. FIELDS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67593.

Missouri Court of Appeals,
Western District.

Dec. 26, 2007.

Jeannie Marie Willibey, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Lisa M. Kennedy, Office of Attorney General, Jefferson City, for Respondent.

Before VICTOR C. HOWARD, Chief Judge, PAUL M. SPINDEN, Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

Marlon E. Fields appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).